# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV10-01557-MLG | Date | November 8, 2010 |
| Title | Marie To v. Luyen Thi Nguyen, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause re: Submission of Forms AO-120 (Patent or Trademark) **and/or** AO-121

     IT IS HEREBY ORDERED that plaintiff , show cause in writing not later than November 19, 2010, why she has failed to submit the Report on the Filing or Determination of an Action Regarding a Patent or Trademark and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright in this action and why this action should not be dismissed for lack of prosecution.

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be held on this Order to Show Cause.  The parties are advised that sanctions may be imposed, unless prior to November 19, 2010, plaintiff file the Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Form AO -120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Form AO-121), or show cause in writing as to why they should be excused from filing said report(s).

| | : | |
|---|---|---|
| Initials of Clerk | ts | |